**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE No. 1:19-cr-00354 |
| | : | |
| | : | |
| | : | (Judge Jones) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| ARTHUR GIBSON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

June 25, 2020

Following a conference with counsel and in accordance with the discussion

at that conference, **IT IS ORDERED** that Gibson's Motion for Reconsideration of

Pretrial Release under 18 U.S.C. § 3142(i) (*doc. 104* ) is **DENIED** without

prejudice to Gibson filing another motion should his condition materially change.[1]

> *S/Susan E. Schwab*
> Susan E. Schwab
> Chief United States Magistrate Judge

---

[1]  During the telephone conference, counsel for both parties indicated that although Gibson tested positive for COVID-19, the information that counsel has is that Gibson is asymptomatic.